FILED
2016 Nov-03  PM 03:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| LIT Coolers, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No._____ |
| Visual Promotions, LLC and | ) | |
| Wildwood Trading Company, Inc., | ) | *Jury Trial Demanded* |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

Comes now, Plaintiff LIT Coolers, LLC (hereinafter "Plaintiff") and files this Complaint against Defendants Visual Promotions, LLC and Wildwood Trading Company, Inc. (hereinafter referred to collectively as "Defendants"), alleging the following:

### *Jurisdiction and Venue*

1. This civil action arises under the Patent Laws of the United States, United States Code, Title 35, Section 1 et seq., and in particular, 35 U.S.C. § 271.

2. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

03831407.4

1

3.    The claims of the Complaint arise under the Patent Laws of the United

States, United States Code, Title 35, Section 1 et seq., and in particular, 35

U.S.C. § 271.

4.    This Court also has jurisdiction over the subject matter of this action under

the provisions of 28 U.S.C. § 1332(a) in that the matter in controversy

exceeds the sum or value of $75,000.00 exclusive of interests and costs, and

is between citizens of different states.

### *Parties*

5.    Plaintiff LIT Coolers, LLC is a limited liability company existing under the

laws of the State of Alabama, and has a principal place of business at 919

Church Street Decatur, Alabama 35601

6.    Upon information and belief, Defendant Visual Promotions LLC

(hereinafter "Visual Promotions") is a limited liability company organized

and existing under the laws of the State of Texas, and has a principal place

of business at 2040 Highway 90 West, Sealy, Texas 77474.   Visual

Promotions may be served process by and through its registered agent,

Jeffrey W. Brandes, at 2040 Highway 90 West, Sealy, Texas 77474.

7.    This Court has personal jurisdiction over Visual Promotions, because Visual

Promotions regularly operates and conducts business in Alabama, is causing

injury in Alabama, and is engaged in substantial and not isolated activity within Alabama and/or because a substantial part of the claims of this action arose in this district.

8.      Upon information and belief, Defendant Wildwood Trading Company, Inc. (hereinafter "Wildwood") is a corporation existing under the laws of the State of Texas, and has a principal address of 1846 Interstate 10, Weimar Texas 78962.   Wildwood may be served process by and through its registered agent, Toby Barlow, at 1846 Interstate 10, P.O. Box 126, Weimar, Texas 78962.

9.      Upon information and belief, the original name of Wildwood Trading Company, Inc. was Frio Coolers, Inc.   Upon information and belief, Frio Coolers, Inc. amended its name to Wildwood Trading Company, Inc. by a certificate of amendment filed in the Texas Secretary of State's Office on or about September 26, 2016.

10.    This Court has personal jurisdiction over Wildwood, because Wildwood regularly operates and conducts business in Alabama, is causing injury in Alabama, and is engaged in substantial and not isolated activity within Alabama and/or because a substantial part of the claims of this action arose in this district.

11.    This Court is a proper venue for the action pursuant to 28 U.S.C. §1391, because (1) the Defendants reside within this judicial district as they are subject to the Court's personal jurisdiction with respect to this action, and (2) a substantial part of the events or omissions giving rise to the claims of the Complaint occurred within this judicial district.

12.    Defendants have committed acts of infringement of U.S. Patent No. 8,931,910 in this district.   Such acts include, *inter alia*, offering to sell and/or selling products infringing U.S. Patent No. 8,931,910 within this judicial district.

13.    Plaintiff is the sole owner of all rights, title and interest in U.S. Patent No. 8,931,910, and has its principal place of business within this judicial district.

### *Patent Infringement*

14.    Plaintiff incorporates the allegations of the above paragraphs 1-13, as if fully set forth herein.

15.    U.S. Patent No. 8,931,910 (hereinafter "the '910 patent") was issued by the U.S. Patent and Trademark Office on January 13, 2015, and has not expired. The '910 patent is a utility patent titled "Container Apparatus and Method

of Using Same."   A copy of the '910 patent is attached to this Complaint as
Exhibit 1, and incorporated herein.

16.    Plaintiff LIT Coolers, LLC (hereinafter "Plaintiff") develops, manufactures
and sells innovative products relating to containers, including a thermally
insulated cooler that is covered by the '910 patent.   Plaintiff is the sole
owner of all rights, title and interest in the '910 patent, pursuant to an
assignment executed on or about April 23, 2014 by inventor Matthew S.
Brown to LIT Industries, Inc., which was converted to LIT Coolers, LLC on
or about June 2, 2015.

17.    Defendants have infringed the '910 patent by making, offering for sale,
and/or selling in the United States, and/or importing into the United States,
products that embody the patented invention, and will continue to do so
unless enjoined by this court.

18.    Defendant Wildwood Trading Company, Inc. (formerly Frio Coolers, Inc.)
has made, offered for sale and/or sold in the United States a line of
thermally insulated coolers of various sizes under the name "FRIO"
including, without limitation, the coolers identified by Defendant Wildwood
Trading Company, Inc. under Item Nos. VFRIO25, VFRIO45, VFRIO65,
VFRIO65WHEEL, USAFRIO25, USAFRIO45, USAFRIO65,

USAFRIO65WHEELED, TXFRIO25, TXFRIO45, TXFRIO65,

TXFRIO65WHEELED, GGFRIO25, GGFRIO45, GGFRIO65,

GGFRIO65WHEELED, OFFRIO25, OFFRIO45, OFFRIO65, and

OFFRIO65WHEELED (hereinafter referred to as the "FRIO cooler"), a

sample of which is shown in a photograph attached to this Complaint as

Exhibit 2 and incorporated herein.

19.     The FRIO cooler infringes at least claims 1 and 10 of the '910 patent.

20.     Defendant Visual Promotions LLC makes, offers for sale and/or sells the

FRIO cooler in the United States, and/or imports the FRIO cooler into the

United States.

21.     Upon information and belief, Defendant Visual Promotions LLC has been

an exclusive distributor of the FRIO cooler.

22.     Upon information and belief, on or about September, 2016, Defendant

Visual Promotions LLC acquired at least a portion of Defendant Wildwood

Trading Company, Inc. (at the time known as Frio Coolers, Inc.).   Upon

information and belief, Defendant Visual Promotions LLC acquired the

portion of the business of Frio Coolers, Inc. relating to the manufacture and

sale of the FRIO cooler.

23.    Defendants have willfully infringed the '910 patent by making, offering for

sale, and/or selling the FRIO cooler in the United States, and/or importing

the FRIO cooler into the United States.

*Prayer for Relief*

WHEREFORE, Plaintiff respectfully asks the Court to grant the following

relief:

A.    That the Court enter preliminary and permanent injunctions against

Defendants and their officers, directors, agents, employees, and all

those in active concert or participation with Defendants, enjoining

them from infringing the '910 patent pursuant to 35 U.S.C. § 283;

B.    That Plaintiff be granted an accounting for damages resulting from

Defendants' infringement of the '910 patent;

C.    That Plaintiff be awarded judgment against Defendants for damages

resulting from Defendants' infringement of the '910 patent, that such

damages be trebled pursuant to 35 U.S.C. § 284, and that Plaintiff be

awarded its reasonable attorneys' fees in accordance with 35 U.S.C.

§ 285;

D.    That the Court award Plaintiff interest, costs, and such further relief

that this Court deems just and equitable;

E.     That the Court order Defendants to pay Plaintiff all reasonable

taxable costs in a sum and manner deemed appropriate by this Court

based on deliberate and willful infringement of the '910 patent by

Defendants as set forth in this Complaint;

F.     That a trial by jury be had on all issues so triable; and

G.     Such other and further relief as the Court may deem just and proper,

in law or equity.

Respectfully submitted, this the 3rd day of November, 2016.


/s/ *Scott S. Brown*
Scott S. Brown (ASB-7762-B65S)
C. Brandon Browning (ASB-8933-W78C)

Attorneys for Plaintiff
LIT Coolers, LLC

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 6th Avenue North
Birmingham, AL   35203-2618
Tel: (205) 254-1000
Fax: (205) 254-1999
Email:   sbrown@maynardcooper.com
Email:   bbrowning@maynardcooper.com

**DEFENDANTS TO BE SERVED BY PROCESS SERVER:**

Visual Promotions LLC
c/o Jeffrey W. Brandes
2040 Highway 90 West
Sealy, Texas 77474

Wildwood Trading Company, Inc.
c/o Jeffrey W. Brandes
2040 Highway 90 West
Sealy, Texas 77474

US008931910B1

(12) **United States Patent**　　　　　　(10) **Patent No.:** **US 8,931,910 B1**

Brown　　　　　　　　　　　　　　　　　　(45) **Date of Patent:** **Jan. 13, 2015**

(54) **CONTAINER APPARATUS AND METHOD OF USING SAME**

(71) Applicant: **Matthew S. Brown**, Faulkner, MS (US)

(72) Inventor: **Matthew S. Brown**, Faulkner, MS (US)

(73) Assignee: **LIT Industries, Inc.**, Ripley, MS (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/031,260**

(22) Filed: **Sep. 19, 2013**

(51) **Int. Cl.**
　　*F21V 33/00*　　　　(2006.01)
　　*F25D 27/00*　　　　(2006.01)

(52) **U.S. Cl.**
　　CPC ........... *F21V 33/008* (2013.01); *F21V 33/0084* (2013.01); *F25D 27/00* (2013.01)
　　USPC ........................................................ **362/92**

(58) **Field of Classification Search**
　　USPC .................. 362/800, 802, 154, 155, 92, 183
　　See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,984,997 | B1 | 7/2011 | Sandberg | |
| 8,210,702 | B1 | 7/2012 | Sandberg | |
| 2003/0081408 | A1 * | 5/2003 | Tai | 362/101 |
| 2007/0103895 | A1 * | 5/2007 | Riesebosch | 362/154 |
| 2007/0206372 | A1 * | 9/2007 | Casillas | 362/101 |
| 2013/0033854 | A1 * | 2/2013 | Statham | 362/154 |

* cited by examiner

Primary Examiner — Tracie Y Green
(74) *Attorney, Agent, or Firm* — Ashley Law Firm P.C.; Stephen S. Ashley, Jr.

(57) **ABSTRACT**

A container apparatus includes a container and a light assembly. The light assembly can include four elongate light members. The container can include a rectangular base and a rectangular sidewall extending upwardly from the base. The sidewall defines four corners of the container, and four elongate recesses are formed in the sidewall proximate the four corners of the sidewall to receive the elongate light members. The recesses are sized and shaped to conform to the elongate light members so that the light members can be releasably retained within the elongate recesses.

**17 Claims, 10 Drawing Sheets**



**EXHIBIT 1**



*FIG. 1*



*FIG. 2*

Case 5:16-cv-01790-AKK   Document 1   Filed 11/03/16   Page 13 of 25



FIG. 3

Case 5:16-cv-01790-AKK   Document 1   Filed 11/03/16   Page 14 of 25

51'



FIG. 4

Case 5:16-cv-01790-AKK   Document 1   Filed 11/03/16   Page 15 of 25



*FIG. 5*

Case 5:16-cv-01790-AKK Document 1 Filed 11/03/16 Page 16 of 25

51'



FIG. 6

Case 5:16-cv-01790-AKK   Document 1   Filed 11/03/16   Page 17 of 25



*FIG.* 7



*FIG. 8*



*FIG. 9*



*FIG. 10*



*FIG. 11*

US 8,931,910 B1

**1**

## CONTAINER APPARATUS AND METHOD OF USING SAME

### TECHNICAL FIELD AND BACKGROUND OF THE INVENTION

The present invention relates to a container apparatus. One embodiment of the invention comprises an insulated cooler that is adapted to receive a removable lighting assembly. The lighting assembly can be secured in the cooler so that it does not move during use, and can be easily removed from the cooler when desired.

It is common when using a container, such as an insulated cooler or toolbox, for the user to desire a light to illuminate the interior of the container. For example, such a light can aid the user in getting a certain food item contained in a cooler or a particular tool in a toolbox at night or in a dimly lit area. Attempts have been made in the prior art to address this need. However, many such prior art devices comprise containers in which lights are electrically wired to the container itself. Such a system can be relatively expensive, and if the lights fail it is generally difficult and impractical to repair. Also, it can be relatively difficult to replace batteries in such containers.

### SUMMARY OF THE INVENTION

Therefore, one object of the present invention is to provide a container apparatus that can receive and engage an assembly for illuminating the interior of the container. Another object of the invention is to provide a container apparatus having an interior lighting assembly that can be easily removed from the container when desired. Yet another object of the invention is to provide a container apparatus having an interior lighting assembly that need not be functionally connected to the container. These and other objects of the present invention can be achieved in the preferred embodiments of the invention described below.

One embodiment of the invention comprises a container apparatus comprising an enclosure having an interior surface, and at least one recess formed in the interior surface sized and shaped to receive and engage a light assembly for illuminating an interior area of the enclosure.

According to another embodiment of the invention, the enclosure comprises a rectangular base and a rectangular sidewall extending upwardly from the base defining four corners of the enclosure.

According to another embodiment of the invention, at least one elongate recess is formed at one of the four corners defined by the sidewall.

According to another embodiment of the invention, the container apparatus includes a light assembly having at least one elongate light member, which is positioned within the elongate recess.

According to another embodiment of the invention, four elongate recesses are formed at the four corners defined by the sidewall.

According to another embodiment of the invention, four elongate light members are positioned within the four elongate recesses.

According to another embodiment of the invention, the rectangular sidewall comprises an outer wall section and an inner wall section, the inner wall section having an upper edge positioned below an upper edge of the outer wall section, such that the upper edge of the inner wall section defines a rest platform.

According to another embodiment of the invention, four elongate recesses are formed at the four corners of the side-

**2**

wall. The elongate recesses begin at the upper edge of the inner wall section and extending downwardly to the base.

According to another embodiment of the invention, the container apparatus includes a light assembly comprising a rectangular frame having a perimeter approximately equal to a perimeter defined by the rest platform and defining four corners corresponding to the corners of the enclosure, and four elongate light members extend downwardly from the rectangular frame member. The light members are attached at the corners of the frame and are positioned within the four elongate recesses of the enclosure.

According to another embodiment of the invention, the rectangular frame of the light assembly rests on the rest platform of the enclosure.

According to another embodiment of the invention, the enclosure is a thermally insulated cooler.

According to another embodiment of the invention, the enclosure is a tool box.

According to another embodiment of the invention, a substantially circular shaped recess is formed in the base of the enclosure.

According to another embodiment of the invention, a light assembly comprising a circular shaped light is positioned within the circular recess. At least one attachment member is connected to a bottom surface of the light and is releasably attached to the base of the enclosure.

According to another embodiment of the invention, the attachment member is a suction cup, and a plurality of suction cups are connected to a bottom surface of the light.

Another embodiment of the invention comprises a container kit comprised of a light assembly having four elongate light members, and a container. The container comprises a rectangular base and a rectangular sidewall extending upwardly from the base. The sidewall defines four corners of the container, and four elongate recesses are formed in the sidewall proximate the four corners of the sidewall to receive the elongate light members. The recesses are sized and shaped to conform to the elongate light members so that the light members can be releasably retained within the elongate recesses.

According to another embodiment of the invention, the rectangular sidewall comprises an outer wall section and an inner wall section. The inner wall section has an upper edge positioned below an upper edge of the outer wall section, such that the upper edge of the inner wall section defines a rest platform.

According to another embodiment of the invention, the light assembly includes a rectangular frame having a perimeter approximately equal to the perimeter of the rest platform, and has four corners corresponding to the corners of the container. The four elongate light members are attached at the four corners of the frame, and the rectangular frame rests on the rest platform of the container.

Another embodiment of the invention comprises a method of illuminating a container interior that includes providing a container comprising an interior surface having at least one recess formed therein, and a light assembly comprising at least one light member adapted to be received and retained within the recess. The light member is inserted into the recess and illuminates the interior area of the container;

According to another embodiment of the invention, the light assembly is removed from the container by pulling the light member out of the recess.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a perspective view of a container apparatus of according to a preferred embodiment of the invention;

3

4

FIG. 2 is another perspective view of the container apparatus of FIG. 1;

FIG. 3 is a top plan view of the container apparatus of FIG. 1, without a light assembly;

FIG. 4 is a perspective view of a light assembly according to another preferred embodiment of the invention;

FIG. 5 is a partial perspective view of a container apparatus according to another preferred embodiment of the invention;

FIG. 6 is another partial perspective view of the container apparatus of FIG. 5;

FIG. 7 is a top plan view of a container apparatus according to another preferred embodiment of the invention;

FIG. 8 is a side cross sectional view of the container apparatus of FIG. 7;

FIG. 9 is an exploded cross sectional view of a light assembly according to another preferred embodiment of the invention;

FIG. 10 is a top plan view of the light assembly of FIG. 9; and

FIG. 11 is a side elevation of the light assembly of FIG. 9.

DESCRIPTION OF THE PREFERRED
EMBODIMENTS OF THE INVENTION AND
BEST MODE

A container apparatus according to a preferred embodiment of the invention is illustrated in FIGS. 1-3, and shown generally at reference numeral 10. As shown in FIG. 1, the apparatus 10 comprises a container 12 and a light assembly insert 50. The word "container" as used herein refers generally to any kind of enclosure. For example, the container 10 can comprise a thermally insulated cooler adapted for storing food items and maintaining the food items. Alternatively, the container 10 can comprise tool box for storing tools.

As shown in FIGS. 1-3, the container 12 comprises a substantially rectangular base 14, and a substantially rectangular sidewall 16 extending upwardly from the base 14. The sidewall 16 has four sides defining four corners 21, 22, 23, 24, respectively, of the sidewall 16, as shown in FIG. 1. The sidewall 16 is comprised of an outer wall section 26 and an inner wall section 36, as shown in FIGS. 1 and 2. The top 38 of the inner wall section 36 is lower than the top 28 of the outer wall section 26, thereby creating a tiered rest platform 38, as shown in FIG. 1. The container 12 can be made of plastic or other suitable material, and can be made by injection molding or other suitable manufacturing process.

Four elongate recesses 31, 32, 33, 34 are formed in the inner wall section 36 proximate the four corners 21, 22, 23, 24, respectively, of the sidewall 16, as shown in FIG. 1. The recesses 31, 32, 33, 34 begin at the top 38 of the inner wall section 36 and extend downwardly to the base 14 of the container 12, as shown at reference numeral 32 in FIG. 1. The recesses 31, 32, 33, 34 can have a substantially pentagonal shape, as shown in FIG. 3.

The light assembly 50 comprises four elongate light members 51, 52, 53, 54 attached a rectangular frame 55, as shown in FIG. 1. Each of the four light members 51 are attached at one of the four corners of the rectangular frame 55, and extend downwardly from the rectangular frame member at an angle of about ninety degrees, as shown in FIG. 1.

The elongate recesses 31, 32, 33, 34 in the container 12 are sized and shaped to conform to the elongate light members 51, 52, 53, 54, in order to receive and retain the light members 51, 52, 53, 54 therein. Accordingly, light members 51, 52, 53, 54 have a length approximately equal to the length of the recesses 31, 32, 33, 34 extending from the top 38 of the inner wall section 36 to the base 14, and have a perimeter slightly less than the effective perimeter of the recesses 31, 32, 33, 34,

such that the light members 51, 52, 53, 54 can be inserted into the recesses 31, 32, 33, 34, as shown in FIGS. 1 and 2, and retained within the recesses 31, 32, 33, 34 by frictional engagement.

The rectangular frame 55 of the light assembly 50 has a perimeter approximately equal to the perimeter of the rectangular rest platform 38. As such, the frame 55 rests on the rest platform 38 if the inner wall section 36 when the light members 51, 52, 53, 54 are fully inserted into the recesses 31, 32, 33, 34, as shown in FIG. 2. The frame 55 has a height approximately equal to the difference in height between the top edge 28 of the outer wall section 26 and the top edge 38 of the inner wall section 36, such that the top of the frame 55 sits flush with the top 28 of the outer wall section 26 when the light members 51, 52, 53, 54 are fully inserted into the recesses 31, 32, 33, 34, as shown in FIG. 2.

Alternative embodiments can utilize an additional engagement mechanism for facilitating retention of the light members 51, 52, 53, 54 within the recesses 31, 32, 33, 34. For example, a plurality of protuberances can be positioned on the outer surface of the light members 51, 52, 53, 54 to engage a plurality of corresponding openings formed on the portion of the inner wall section 36 defining the recesses 31, 32, 33, 34 when the light members 51, 52, 53, 54 are fully inserted into the recesses 31, 32, 33, 34. The protuberances residing within the openings further retain the light members 51, 52, 53, 54 within the recesses 31, 32, 33, 34. Alternatively, a plurality of protuberances can be formed on the portion of the inner wall section 36 defining the recesses 31, 32, 33, 34 to engage a plurality of corresponding apertures formed in the light members 51, 52, 53, 54 when the light members 51, 52, 53, 54 are inserted into the recesses 31, 32, 33, 34.

Each elongate light member 51, 52, 53, 54 is comprised of a light emitting device, such as a light emitting diode (LED), a low-voltage incandescent light bulb, illuminated fiber optic cables, or other suitable light emitting device. As such, whenever it is desired to illuminate the interior of the container 12, the light assembly 50 is positioned within the container 12 by inserting the light members 51, 52, 53, 54 inserted into the recesses 31, 32, 33, 34, as shown in FIGS. 1 and 2, and turning on the light emitting devices of the light members 51, 52, 53, 54.

Preferably, the light emitting device is powered by disposable or rechargeable batteries. The light emitting devices can be set on a timer such that they automatically turn off after a certain period of time to avoid draining of the batteries. The light assembly 50 is not wired to or otherwise electrically connected to the container 12, and no electric wiring is located within the container 12. As such, the light assembly 50 can be easily removed from the container 12 to repair a malfunction in one of the light members 51, 52, 53, 54, or replace drained batteries. Also, the light assembly 50 can be removed when there is no desire for illumination within the container 12 or when it is desired to replace the light assembly 50 with a new unit. Since the light assembly 50 is not operatively connected to or functionally dependent upon the container 12, and can be easily removed from the container 12, the light assembly 50 and container 12 can be manufactured, distributed and/or sold as separate units. Alternatively, the light assembly 50 and container 12 can be distributed and/or sold as components of a container kit.

In another preferred embodiment of the invention, shown in FIGS. 4-6, the light assembly comprises a plurality of separate elongate light members 51'. As such, the light assembly does not include a rectangular frame joining the light members 51' together, as in the previously described light

US 8,931,910 B1

5

assembly **50**. In this alternative embodiment, each light member **51'** is separately positioned into a recess **31'**, as shown in FIGS. **5** and **6**.

A container apparatus according to another preferred embodiment of the invention is illustrated in FIGS. **7-11**, and shown generally at reference numeral **100**. As shown in FIG. **1**, the apparatus **10** comprises a container **112** and a light assembly **150**.

As shown in FIG. **7**, the container **112** comprises a substantially rectangular base **114**, and a substantially rectangular sidewall **116** extending upwardly from the base **14**. A substantially circular recess **130** is formed proximate the center of the base.

As shown in FIGS. **9-11**, the light assembly **150** comprises a disc shaped light emitting member **151** containing a battery compartment **152**, and a plurality of suction cups **154** attached to the base section **153** of the light emitting member **151**. The light emitting member **151** can be comprised of any light emitting device, such as a light emitting diode (LED), an incandescent light bulb, or illuminated fiber optic cables.

As shown in FIG. **8**, the light assembly **150** can be positioned within the circular recess **130** formed in the center of the base **114**. Firmly pressing down on the light assembly **150** causes suction cups **154** to engage the base **114**, and prevent the light assembly from coming out of the recess **130** during transport of the container **112**.

It should be noted that the invention is not limited to the embodiments described above. In particular, the light assembly of the invention can be a variety of sizes and shapes, and the container can have one or more recesses sized and shaped to compliment the particular size and shape of the light assembly and facilitate insertion of the light assembly into the container. For example, the light assembly can comprise one or more rectangular panels containing light emitting devices that are inserted into one more recesses in the container. U.S. Provisional Application Ser. No. 61/204,016, filed Jan. 2, 2009, titled "LIGHTED ENCLOSURE ASSEMBLY", is incorporated herein by reference.

A container apparatus and a method of using same are described above. Various changes can be made to the invention without departing from its scope. The above description of the preferred embodiments and best mode of the invention are provided for the purpose of illustration only and not limitation—the invention being defined by the following claims and equivalents thereof.

What is claimed is:

**1**. A container apparatus comprising an enclosure having an interior surface, and at least one recess formed in the interior surface sized and shaped to receive and engage a light assembly for illuminating an interior area of the enclosure, wherein the enclosure comprises a rectangular base and a rectangular sidewall extending upwardly from the base defining four corners of the enclosure.

**2**. The container apparatus according to claim **1**, wherein the at least one recess comprises at least one elongate recess formed at one of the four corners defined by the sidewall.

**3**. The container apparatus according to claim **2**, further comprising a light assembly, the light assembly comprising at least one elongate light member positioned within the at least one elongate recess.

**4**. The container apparatus according to claim **1**, wherein the at least one recess comprises four elongate recesses formed at the four corners defined by the sidewall.

**5**. The container apparatus according to claim **4**, further comprising a light assembly comprising four elongate light members positioned within the four elongate recesses.

6

**6**. The container apparatus according to claim **1**, wherein the rectangular sidewall comprises an outer wall section and an inner wall section, the inner wall section having an upper edge positioned below an upper edge of the outer wall section, wherein the upper edge of the inner wall section defines a rest platform.

**7**. The container apparatus according to claim **6**, wherein the at least one recess comprises four elongate recesses formed at the four corners defined by the sidewall, the elongate recesses beginning at the upper edge of the inner wall section and extending downwardly to the base.

**8**. The container apparatus according to claim **7**, further comprising a light assembly comprising a rectangular frame having a perimeter approximately equal to a perimeter defined by the rest platform and defining four corners corresponding to the corners of the enclosure, and four elongate light members extending downwardly from the rectangular frame member, the light members attached at the corners of the frame and positioned within the four elongate recesses of the enclosure.

**9**. The container apparatus according to claim **8**, wherein the rectangular frame of the light assembly rests on the rest platform of the enclosure.

**10**. The container apparatus according to claim **1**, wherein the enclosure comprises a thermally insulated cooler.

**11**. The container apparatus according to claim **1**, wherein the enclosure comprises a tool box.

**12**. The container apparatus according to claim **1**, wherein the at least one recess comprises a substantially circular shaped recess formed in a base of the enclosure.

**13**. A container apparatus comprising an enclosure having an interior surface, and at least one recess formed in the interior surface sized and shaped to receive and engage a light assembly for illuminating an interior area of the enclosure, wherein the at least one recess comprises a substantially circular shaped recess formed in a base of the enclosure, and further comprising a light assembly comprising a circular shaped light positioned within the circular recess, and including at least one attachment member connected to a bottom surface of the light and releasably attached to the base of the enclosure.

**14**. The container apparatus according to claim **13**, wherein the attachment member comprises a plurality of suction cups.

**15**. A container kit comprising:

(a) a light assembly comprising four elongate light members, and

(b) a container comprising a rectangular base and a rectangular sidewall extending upwardly from the base and defining four corners of the container, and four elongate recesses formed in the sidewall proximate the four corners of the sidewall for receiving the elongate light members, wherein the recesses are sized and shaped to conform to the elongate light members whereby the light members are releasably retained within the elongate recesses.

**16**. The container kit according to claim **15**, wherein the rectangular sidewall comprises an outer wall section and an inner wall section, the inner wall section having an upper edge positioned below an upper edge of the outer wall section, wherein the upper edge of the inner wall section defines a rest platform.

**17**. The container kit according to claim **16**, wherein the light assembly further comprises a rectangular frame having a perimeter approximately equal to a perimeter defined by the rest platform and defines four frame corners corresponding to the corners of the container, and the four elongate light mem-

US 8,931,910 B1

7

8

bers are attached at the four corners of the frame, and further wherein the rectangular frame rests on the rest platform of the container.

\* \* \* \* \*



**EXHIBIT 2**