## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **LIT COOLERS, L.L.C.,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**VISUAL PROMOTIONS, L.L.C.,** *et al.***,** )<br>)<br>**Defendants.** ) | Civil Action Number<br>**5:16-cv-01790-AKK** |

## ORDER

Pursuant to plaintiff's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), doc. 7, this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to close this file.

**DONE** the 10th day of February, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE